David Brandon BROWN, Petitioner–Appellant,

v.

Ronald J. ANGELONE, Respondent–Appellee.

No. 00–7748.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 17, 2001.

David Brandon Brown, pro se. Marla Graff Decker, Assistant Attorney General, Richmond, VA, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

David Brandon Brown seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A.

§ 2254 (West 1994 & Supp.2000).* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. See Brown v. Angelone, No. CA–00–462–2 (E.D.Va. Nov. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED.

---

* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).